IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RODNEY J. MURPHY,             )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )     2:22cv39-MHT
                              )        (WO)
BLOOMIN BRANDS, et al.,       )
                              )
     Defendants.              )
```

## OPINION

Plaintiff filed this lawsuit asserting that defendants violated Title VII of the Civil Rights Act of 1964 by wrongfully terminating him and engaging in retaliation. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered separately.

DONE, this the 20th day of April, 2023.

                                                             /s/ Myron H. Thompson
                                                **UNITED STATES DISTRICT JUDGE**